

# AutoNation Chevrolet
## CHEVROLET Coral Gables

Date: 01/08/2026 12:55 PM   Manager: Osmedy Perez
ID: 17571938                               Jonathan Alvarez
                          Associate: Zaldivar

Customer: Juan Ascanion
Address: 10420 SW 158 Crt Apt 106
         KENDALL, FL 33014
Phone: (786) 210-69
Email: RYANBET43

### VEHICLE

**2021 Chevrolet Traverse  LS**
- Stock #: MJ264555
- Mileage: 52707
- VIN: 1GNERFKW4MJ264555
- Warranty: Certified Pre-Owned

### PRICE INDEX



$ 22,275

$ 18,7

$3,484 below Black Book® value *

### PURCHASE OPTION

| | | |
|---|---|---|
| AutoNation Price | | $18,791.00 |
| CPO | + | $0.00 |
| Sales Tax (estimate): | + | $1,237.16 |
| Electronic Filing Fee | + | $299.00 |
| Registration | + | $400.00 |
| DEALER SERVICES FEE**** | + | $995.00 |
| Balance Due (estimate): | | $21,722.16 |

### TRADE



**We'll Buy Your Car**
We provide a Guaranteed Tr
honored for 7 days or 500 r
of our locations.

### FINANCE OPTIONS

| Cash Down | 60 Months 24.99% APR | 66 Months 24.99% APR | 72 Mon 24.99% A |
|---|---|---|---|
| $1,000 | $617 | $589 | $566 |
| $2,000 | $587 | $561 | $539 |
| $3,000 | $557 | $532 | $51 |

**Notes:**

By signing below, you agree that AutoNation and its partner AutoComplete may contact you via text message, using an automated telephone dialing system, provided to offer insurance and other related services and products. Your consent is not a condition of the purchase of any good or service and you may opt out a Windshield, Theft and Dent Protection coverages are optional. Amounts above are ESTIMATES ONLY and may vary based on approved credit, applicable tax value(s), estimated payoff, etc. Final payments and terms may vary. The AutoNation Price Index is provided to assist you with your vehicle purchase dealer/documentation fee, tax, registration, titling, or other government fees. Third party prices fluctuate daily/weekly and are provided as of 01/08/2026. Thir above are the property of their respective owners. Price quoted expires on the earlier of 01/09/2026 or upon expiration of the manufacturer incentives included charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to th

X _____     01/08/2026
Buyer: Juan Ascanion              Date

X _____
Sales Manager

Osmedy
Used Car Sale

Cust # 6035565