

**ORDERED in the Southern District of Florida on March 30, 2026.**

_Corali Lopez-Castro_
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Juan Jose Ascanio Ramirez                     Case No.: 25-18918-CLC
                                                          Chapter 13

_____Debtor_____/

### ORDER GRANTING SECOND MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT

**THIS MATTER** came on to be heard on the chapter 13 consent calendar on March 24, 2026, on the Debtor's Second Motion to Allow Debtor to Incur New Debt [herein "Motion"; ECF #41]. Based upon the record and with no party having appeared in opposition to the Motion, it is **ORDERED** as follows:

1. The Debtor's Motion is **GRANTED**.

2. The Debtor is permitted to incur additional secured debt in the form of motor vehicle financing with AutoNation Chevrolet or another dealership for the purchase of the 2019 Chevrolet Traverse VIN: 1GNERGKW6KJ212962 or a similar vehicle, at the terms or similar terms attached to the underlying motion.

3. The Debtor is further permitted to execute any and all documents necessary to purchase the vehicle.

4. The Debtor shall not reduce amounts paid to the unsecured creditors by the new expense of the Debtor.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.